IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JASON MONTEIRO,  :
    Petitioner  :
       : No. 1:20-cv-2116
v.  :
       : (Judge Kane)
STEPHEN SPAULDING,  :
    Respondent  :

**ORDER**

**AND NOW**, on this 30th day of April, 2021, in accordance with the Memorandum issued concurrently with this Order, **IT IS ORDERED THAT**:

1. Petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 (Doc. No. 1) is **DISMISSED WITHOUT PREJUDICE** as unexhausted; and

2. The Clerk of Court is directed to **CLOSE** the above-captioned case.

                                            s/ Yvette Kane
                                            Yvette Kane, District Judge
                                            United States District Court
                                            Middle District of Pennsylvania